**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA AKRABIAN, | Case No. CV 23-8709-DMG (AGRx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| VERIPRO SOLUTIONS, WEST COAST SERVICING INC., West Coast 2015-4LLC *erroneously sued as* West Coast 2015-4 LLC, ABS Law, LLP *Zieve, Successors or Estate of Julian Karl Bach formerly known as* Nationstar Mortgage, and Mr. Cooper *formerly known as* Nationstar Mortgage, *et al.*, | |
| Defendants. | |

On December 3, 2024, this Court having granted Defendants West Coast Servicing Inc., West Coast 2015-4LLC, and ZBS Law, LLP's (collectively, "West Coast Defendants") Motion to Dismiss on the basis of res judicata, and Defendants Veripro Solutions and Nationstar Mortgage LLC d/b/a Mr. Cooper (collectively, "Nationstar Defendants") Motion to Dismiss on the basis of collateral estoppel, thereby resolving all remaining issues and claims outstanding in this action,

IT IS **ORDERED, ADJUDGED AND DECREED** that this action is **DISMISSED** in its entirety, with prejudice. Judgment is hereby entered in favor of Defendants and against Plaintiff on all of Plaintiff's claims, as alleged in her First Amended Complaint.

DATED: December 3, 2024

DOLLY M. GEE
Chief United States District Judge